IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JADIN MICHAEL BLIESATH,**<br>    Plaintiff, | : <br> : <br> : | |
| v. | : <br> : | **CIVIL ACTION NO. 20-CV-5395** |
| **GOOGLE,** *et al.*,<br>    Defendants. | : <br> : | |
| **IN RE: JADIN MICHAEL BLIESATH** | : <br> : <br> : <br> : | **CIVIL ACTION NO. 20-CV-5396** |
| **JADIN MICHAEL BLIESATH,**<br>    Plaintiff, | : <br> : <br> : | |
| v. | : <br> : | **CIVIL ACTION NO. 20-CV-5397** |
| **GOOGLE,** *et al.*,<br>    Defendants. | : <br> : | |

## ORDER

AND NOW, this 23rd day of December, 2020, upon consideration of Plaintiff Jadin Michael Bliesath's Motions to Proceed *In Forma Pauperis* (ECF No. 1) and *pro se* Complaints (ECF No. 2),[1] it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaints are **DEEMED** filed.

---

[1] In all of the foregoing Civil Actions (Nos. 20-CV-5395, 20-CV-5396, 20-CV-5397), Bliesath's Motions for Leave to Proceed *In Forma Pauperis* are docketed as ECF. No. 1 and his *pro se* Complaints are docketed as ECF No. 2.

3. Bliesath's Complaints are **DISMISSED WITH PREJUDICE** as frivolous, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i), for the reasons in the Court's Memorandum.

4. The Clerk of Court shall **CLOSE** these cases.

**BY THE COURT:**

*/s/ John M. Gallagher*
**JOHN M. GALLAGHER, J.**